SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ELIZA CARMEN RODRIGUEZ, NYSB #5645379**
Assistant United States Attorney
Eliza.Carmen.Rodriguez@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JOHN LICHTENBERG,**

**Defendant.**

**3:26-cr-00028-IM**

**GOVERNMENT'S SENTENCING MEMORANDUM**

**Introduction**

Defendant John Lichtenberg possessed child sexual abuse material, including images of prepubescent children. Defendant should receive a low-end guideline range sentence of 78 months, followed by a five-year term of supervised release.

**Factual Background**

**A. The Offense Conduct**

On September 6, 2024, Adult Witness 1 (AW1) contacted the Federal Bureau of Investigation (FBI) and made them aware that she had discovered a flash drive with "child images" belonging to the defendant in 2022. AW1 had hidden the flash drive upon its discovery

and wanted to turn it into law enforcement. She had made several attempts to report this to law enforcement in the past, but she had been unsuccessful.

On September 10, 2024, FBI special agents arrived at AW1's residence. She gave them the flash drive and confirmed that she found it in 2022. She had confronted Defendant about the flash drive and he had admitted that it contained hundreds of files of child pornography. She subsequently hid it. Agents took possession of the flash drive.

The FBI searched the flash drive pursuant to a warrant. Forensic analysts with the Northwest Regional Computer Forensics Laboratory identified 118 images and 189 videos of child pornography. These files contained images of prepubescent children and included videos from series known to the National Center for Missing and Exploited Children. There were another 114 files containing depictions of child exploitation or images with individuals whose ages were difficult to determine.

**B. The Charges**

Defendant was charged on February 3, 2026, in a single-count Information with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). On May 26, 2026, defendant pled guilty to the Information, charging possession of child pornography.

**C. The Plea Agreement and Guideline Computations**

Pursuant to the plea agreement, in exchange for a guilty plea, the government will recommend that defendant receive a three-level reduction for acceptance of responsibility. The government and defense stipulated to the following guideline computation in the plea agreement:

/ / /

/ / /

/ / /

| | |
|---|---|
| Base offense level (U.S.S.G. § 2G2.2(a)(2)) | 18 |
| Material depicting a prepubescent minor (§ 2G2.2(b)(2)) | +2 |
| Material involving sexual abuse of a toddler or infant (§2G2.2(b)(4) | +4 |
| Use of a computer (§ 2G2.2(b)(6)) | +2 |
| More than 600 images (§ 2G2.2(b)(7)(A)) | +5 |
| **Adjusted offense level** | **31** |

The parties agreed to an additional variance based on his early resolution, resulting in an additional three-level downward departure.

**Government's Recommended Sentence**

Defendant has no criminal history prior to this case. However, he possessed a substantial quantity of child sexual abuse material that contained prepubescent children. The government has agreed to a downward departure of three levels for early resolution to reach its recommended sentence of 78 months.  A sentence of 78 months imprisonment followed by five years' supervised release is sufficient to hold defendant accountable for his actions and deter more of the same going forward. The government supports the mandatory, standard and special conditions recommended by the U.S. Probation Office.

**Victim Impact, Restitution and Forfeiture**

The government has received seven victim impact statements and requests for restitution, which have been provided to defense counsel and U.S. Probation[1]. Pursuant to the Mandatory Victim Restitution Act of 1996 and the Amy, Vicky and Andy Child Pornography Victim Assistance Act of 2018, the government requests that the Court order restitution in the amount of at least the minimum $3,000 be awarded to the victim.

---

[1] The government will be submitting the victim impact/restitution request documentation to the Court on an external drive.

On August 18, 2026, the government filed a motion for entry of a preliminary order of forfeiture and final order of forfeiture as to defendant. (ECF 26.) The government requests that the Court order final forfeiture for the flash drive referenced in the forfeiture motion.

**Conclusion**

Based on the foregoing, the government recommends that this Court impose a sentence of 78 months' imprisonment, followed by a five-year term of supervised release, restitution and forfeiture of his device listed in the preliminary order of forfeiture.

Dated: August 19, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Eliza Carmen Rodriguez*
ELIZA CARMEN RODRIGUEZ
Assistant United States Attorney